Writ of Mandamus Denied, Opinion issued October 2 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01302-CV

### IN RE TIMOTHY SCOTT HARRIMAN, Relator

**Original Proceeding from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F94-01553-ML**

## MEMORANDUM OPINION

Before Justices Morris, Richter, and Lang-Miers
Opinion by Justice Lang-Miers

Relator contends this Court violated a ministerial duty by either not filing or not forwarding a motion for extension of time to file a petition for discretionary review in the Court of Criminal Appeals, and that his attorney provided ineffective assistance of counsel. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

ELIZABETH LANG-MIERS
JUSTICE